# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA JACKSON, | Case No. 1:16-cv-00388-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER ENTERING DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT, COLETTE NWONYE, ANGELICA TETUAN, and VINCENT GARCIA, | |
| Defendants. | |

On March 22, 2016, Plaintiff Tina Jackson filed the complaint in this matter. (Doc. 1.) No answers have been filed. On May 9, 2016, Plaintiff filed a Notice of Voluntary Dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). According to Fed. R. Civ. P. 41(a)(1)(B), such notice operates as a dismissal without prejudice.

Based on Plaintiff's notice, this action is dismissed without prejudice. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  May 13, 2016                            _____
                                                                SENIOR DISTRICT JUDGE